UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
CHAIM STORCH,
                          Plaintiff,
         -v-                                          21-CV-7549 (JPO)

2 EAST 70th STREET CORPORATION,                       ORDER
                          Defendant.
```

J. PAUL OETKEN, District Judge:

The Court has been notified that the parties have reached a settlement in this Fair Labor Standards Act ("FLSA") case, and they have submitted a proposed settlement for the Court's approval. (Dkt. No. 22.) The proposed settlement involves $7,500 to be allocated to Plaintiff Walsh Costigan in connection with her FLSA claims. (*Id.*) Plaintiff's counsel is not seeking any of the settlement amount.

The Court has reviewed the terms of the proposed settlement and finds that they are fair and reasonable under *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 203, 206 (2d Cir. 2015).

To that end, the proposed settlement at Docket Number 22 is approved, and the case is hereby DISMISSED WITH PREJUDICE. The Court shall retain jurisdiction solely to resolve any disputes arising from the settlement agreement and the settlement of this action.

The Clerk of Court is directed to close the case.

SO ORDERED.

Dated: December 29, 2022
       New York, New York

_____
J. PAUL OETKEN
United States District Judge